RECEIVED
IN LAKE CHARLES, LA

MAY 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 04-20030-01 |
| VERSUS | * JUDGE MINALDI |
| ANTONIO VAZQUEZ-GUTIERREZ | * MAGISTRATE JUDGE WILSON |

## FINAL JUDGMENT OF FORFEITURE

WHEREAS, on July 12, 2005, this Court entered an Order of Forfeiture pursuant to the provisions of 21 U.S.C. §853, based upon the Plea Agreement and Consent Decree of Forfeiture entered by the defendant;

AND WHEREAS, on January 12, 19 and 26 of 2006, the United States published in The Lake Charles American Press, a Lake Charles newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears that Mr. George Knipper of Knippers Wrecker Service has filed a claim in the amount of $465.60, which the government has recognized as valid.

AND WHEREAS, it appears from the record that no other claims, contested or otherwise, have been filed for any of the properties described in this Court's July 12, 2005 Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, interest, and clear title to the following properties:

1. One (1) 1995 GMC Pickup Truck, CA Licence 7F89598, VIN: 1GTHK39F1SE542557, registered to ANTONIO VAZQUEZ-GUTIERREZ.

2. One (1) 1995 LGCOH BTM Trailer, CA License 4DL4365, VIN 1XUAC2323SA0112818, registered to ANTONIO VAZQUEZ-GUTIERREZ.

which the defendant, ANTONIO VAZQUEZ-GUTIERREZ, stipulated as property involved in the drug activities alleged in the Indictment, are hereby condemned, forfeited and vested in the United States of America, subject to the claim filed by Mr. George Knipper, and shall be disposed of according to law by the U.S. Marshal for the Western District of Louisiana.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshals Service.

SO ORDERED this ____ day of May 2006 at Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge

2